# United States Court of Appeals
## For the First Circuit

Nos. 08-1692, 08-1730

WILLIAM T. BRODERICK,

Plaintiff-Appellee/Cross-Appellant,

v.

PAUL EVANS, Individually and as Police Commissioner
of the City of Boston; CITY OF BOSTON,

Defendants-Appellants/Cross-Appellees.

**ERRATA**

The opinion of this Court, issued on June 26, 2009, should be amended as follows:

On page 3, line 4, change "then-Commissioner Roache" to "then-Commissioner Francis Roache".

On page 5, line 3, change "In July Broderick" to "In July, Broderick".

On page 13, line 23, change "lawsuit" to "law suit".